**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

In re: **Ideanomics, Inc., et al.,**[1]

Chapter 11

Debtor(s)                                                           Case No.  24-12728 (CTG)

**STATEMENT THAT UNSECURED CREDITORS'**
**COMMITTEE HAS NOT BEEN APPOINTED**

**TO: THE CLERK OF THE BANKRUPTCY COURT**

As of the date of this statement, the UNITED STATES TRUSTEE has not appointed an official committee of unsecured creditors.

(  )    Debtor's petition/schedules reflect less than three unsecured creditors, (excluding insiders and governmental agencies).

(  )    No unsecured creditor response to the United States Trustee communication/contact for service on the committee.

( **X** )    Insufficient response to the United States Trustee communication/contact for service on the committee.

(  )    No unsecured creditor interest.

(  )    Non-operating debtor-in-possession - - No creditor interest.

(  )    Application to convert to Chapter 7 or to dismiss pending.

(  )    Converted or dismissed.

(  )    Other:

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number or state identification number, are: Ideanomics, Inc. (8374); Wireless Advanced Vehicle Electrification, LLC (6793); Solectrac, Inc. (4653); Timios Holdings Corp. (0190); Justly Holdings Inc. (3657); Justly Markets LLC f/k/a Delaware Board of Trade Holdings, Inc. (5107); VIA Motors International, Inc. (7063); and VIA Motors, Inc. (0185).  The headquarters for the above-captioned Debtors is located at 1441 Broadway, 5th Floor, Suite 5116, New York, New York 10018.

**ANDREW R. VARA**
**UNITED STATES TRUSTEE,**
**REGIONS 3 & 9**

*/s/ Joseph F. Cudia*
Joseph F. Cudia
Trial Attorney
joseph.cudia@usdoj.gov
Joseph J. McMahon, Jr.
Assistant United States Trustee

DATED: December 26, 2024