# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| IDEX WIND DOWN, INC. f/k/a IDEANOMICS, INC., *et al.*,[1] | Case No. 24-12728 (CTG) |
| | (Jointly Administered) |
| Debtors. | **Ref. No. 380** |

## ORDER SCHEDULING OMNIBUS FEE HEARING DATE

Pursuant to Del. Bankr. L.R. 2002-1(a), the Court has scheduled the following omnibus fee hearing date in the above-captioned cases:

| **Date & Time** | **Location** |
|---|---|
| June 23, 2025 at 11:30 a.m. (ET) | U.S. Bankruptcy Court for the District of Delaware 824 N. Market Street, 3rd Floor, Courtroom No. 7 Wilmington, DE  19801 |

**Dated: May 30th, 2025**
**Wilmington, Delaware**

**CRAIG T. GOLDBLATT**
**UNITED STATES BANKRUPTCY JUDGE**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number or state identification number are, are: IDEX Wind Down, Inc. f/k/a Ideanomics, Inc. (8374); WAVE Wind Down, LLC f/k/a Wireless Advanced Vehicle Electrification, LLC (6793); Solectrac, Inc. (4653); Timios Holdings Corp. (0190); Justly Holdings Inc. (3657); Justly Markets Wind Down LLC f/k/a Justly Markets LLC f/k/a Delaware Board of Trade Holdings, Inc. (5107); VIA Motors International, Inc. (7063); and VIA Motors, Inc. (0185). The headquarters for the above-captioned Debtors is located at 217 W. 18th Street, PO Box 70, New York, NY 10113.

{02073146;v1 }