# Exhibit A

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| IDEX WIND DOWN, INC. f/k/a IDEANOMICS, INC., *et al.*,[1] | Case No. 24-12728 (CTG) |
| Debtors. | (Jointly Administered) |
| | Re: Docket No. ___ |

## ORDER GRANTING MOTION OF SUPOR PROPERTIES 600 URBAN RENEWAL, LLC FOR ENTRY OF AN ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY PURSUANT TO § 362 OF THE BANKRUPTCY CODE

Upon consideration of the Motion of Supor Properties 600 Urban Renewal, LLC for Entry of an Order Granting Relief from the Automatic Stay Pursuant to § 362 of the Bankruptcy Code (the "Motion"); and the Court having jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334; and due and proper notice of the Motion having been provided pursuant to Local Bankruptcy Rule 4001-1; and it appearing that no other or further notice being required; and upon consideration of any response timely filed with respect to the Motion; and after due deliberation and sufficient cause therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is granted as set forth herein.

2. The automatic stay in these cases is modified to permit the United States Bankruptcy Court for the District of New Jersey to consider and rule upon a motion to disallow

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number or state identification number are, are: IDEX Wind Down, Inc. f/k/a Ideanomics, Inc. (8374); WAVE Wind Down, LLC f/k/a Wireless Advanced Vehicle Electrification, LLC (6793); Solectrac, Inc. (4653); Timios Holdings Corp. (0190); Justly Holdings Inc. (3657); Justly Markets Wind Down LLC f/k/a Justly Markets LLC f/k/a Delaware Board of Trade Holdings, Inc. (5107); VIA Motors International, Inc. (7063); and VIA Motors, Inc. (0185). The headquarters for the above-captioned Debtors is located at 217 W. 18th Street, PO Box 70, New York, NY 10113.

the Proof of Claim filed by Ideanomics Inc. in the Supor Properties 600 Urban Renewal, LLC's jointly administered bankruptcy proceeding, case no. 24-13427.