**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>IDEX WIND DOWN, INC. f/k/a IDEANOMICS, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 24-12728 (CTG)<br><br>(Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR**
**HEARING ON JUNE 17, 2026, AT 2:00 P.M. (ET) (HEARING CANCELLED)**

**AS THERE ARE NO MATTERS GOING FORWARD, THE HEARING HAS BEEN CANCELLED WITH THE PERMISSION OF THE COURT.**

**ADJOURNED MATTERS:**

1. *Google LLC's Motion for Allowance and Payment of Administrative Expense Claim Pursuant to Section 503(b) of the Bankruptcy Code* [Filed 3/16/2026; Docket No. 718]

Related Documents:

(a) *Amended Notice of Hearing of Google LLC's Motion for Allowance and Payment of Administrative Expense Claim Pursuant to Section 503(b) of the Bankruptcy Code* [Filed 4/13/2026; Docket No. 727]

Response Deadline: April 15, 2026, at 4:00 p.m. (extended for the Liquidating Trust to June 10, 2026, at 4:00 p.m.)

Responses Received: None

Status: This motion has been adjourned to the July 15, 2026 omnibus hearing. The objection deadline for the Liquidating Trust is extended to July 8, 2026, at 4:00 p.m.

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number or state identification number are, are: IDEX Wind Down, Inc. f/k/a Ideanomics, Inc. (8374); WAVE Wind Down, LLC f/k/a Wireless Advanced Vehicle Electrification, LLC (6793); Solectrac, Inc. (4653); Timios Holdings Corp. (0190); Justly Holdings Inc. (3657); Justly Markets Wind Down LLC f/k/a Justly Markets LLC f/k/a Delaware Board of Trade Holdings, Inc. (5107); VIA Motors International, Inc. (7063); and VIA Motors, Inc. (0185). The headquarters for the above-captioned Debtors is located at 217 W. 18th Street, PO Box 70, New York, NY 10113.

2. *Oracle America, Inc.'s Request for Allowance and Payment of Chapter 11 Administrative Expenses* [Filed 3/16/2026; Docket No. 719]

Related Documents:

(a) *Amended Notice of Hearing on Oracle America, Inc.'s Request for Allowance and Payment of Chapter 11 Administrative Expenses* [Filed 3/26/2026; Docket No. 727]

Response Deadline: April 22, 2026, at 4:00 p.m. (extended for the Liquidating Trust to June 10, 2026, at 4:00 p.m.)

Responses Received: None

Status: This motion has been adjourned to the July 15, 2026 omnibus hearing. The objection deadline for the Liquidating Trust is extended to July 8, 2026, at 4:00 p.m.

3. *Motion of Ida Rose Florez and Anthony Richard Florez for Relief from the Plan Injunction* [Filed 4/29/2026; Docket No. 734]

Related Documents: None.

Response Deadline: May 13, 2026, at 4:00 p.m. (extended for the Liquidating Trust to June 10, 2026, at 4:00 p.m.)

Responses Received: None.

Status: This motion has been adjourned to the July 15, 2026 omnibus hearing. The objection deadline for the Liquidating Trust is extended to July 8, 2026, at 4:00 p.m.

Dated: June 15, 2026
Wilmington, Delaware

**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**

*/s/ Kevin M. Capuzzi*

Kevin M. Capuzzi (DE #5462)
Melissa A. Sobrepera (DE #7665)
1313 North Market Street, Suite 1201
Wilmington, Delaware 19801
Telephone: (302) 442-7010
E-mail: kcapuzzi@beneschlaw.com
msobrepera@beneschlaw.com

- and -

**PIERCE ATWOOD LLP**
Alex F. Mattera (admitted *pro hac vice*)
100 Summer Street, 22nd Floor
Boston, Massachusetts 02110
Telephone: (617) 488-8112
E-mail: amattera@pierceatwood.com

*Counsel to J.S. Held LLC, as Liquidating Trustee of the Ideanomics Liquidating Trust*