## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>IDEX WIND DOWN, INC. f/k/a<br>IDEANOMICS, INC., *et al*.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 24-12728 (CTG)<br><br>(Jointly Administered) |

### NOTICE OF RESCHEDULED OMNIBUS HEARING

**PLEASE TAKE NOTICE** that the omnibus hearing previously scheduled in the above-captioned chapter 11 case for **Tuesday, August 11, 2026 at 10:00 a.m. (Eastern Time)** before The Honorable Craig T. Goldblatt, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Courtroom No. 7, Wilmington, Delaware 19801 (the "Bankruptcy Court") has been rescheduled by the Bankruptcy Court, and will now be held on **Thursday, August 13, 2026 at 10:00 a.m. (Eastern Time)**.

[*Signature block on following page.*]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number or state identification number are, are: IDEX Wind Down, Inc. f/k/a Ideanomics, Inc. (8374); WAVE Wind Down, LLC f/k/a Wireless Advanced Vehicle Electrification, LLC (6793); Solectrac, Inc. (4653); Timios Holdings Corp. (0190); Justly Holdings Inc. (3657); Justly Markets Wind Down LLC f/k/a Justly Markets LLC f/k/a Delaware Board of Trade Holdings, Inc. (5107); VIA Motors International, Inc. (7063); and VIA Motors, Inc. (0185). The headquarters for the above-captioned Debtors is located at 217 W. 18th Street, PO Box 70, New York, NY 10113.

Dated: July 17, 2026
Wilmington, Delaware

**BENESCH, FRIEDLANDER,
COPLAN & ARONOFF LLP**

 */s/ Kevin M. Capuzzi*
Kevin M. Capuzzi (DE #5462)
Melissa A. Sobrepera (DE #7665)
1313 North Market Street, Suite 1201
Wilmington, Delaware 19801
Telephone: (302) 442-7010
E-mail: kcapuzzi@beneschlaw.com
        msobrepera@beneschlaw.com

- and -

**PIERCE ATWOOD LLP**
Alex F. Mattera (admitted *pro hac vice*)
100 Summer Street, 22nd Floor
Boston, Massachusetts 02110
Telephone: (617) 488-8112
E-mail: amattera@pierceatwood.com

*Counsel to J.S. Held LLC, as Liquidating Trustee of
the Ideanomics Liquidating Trust*

2

**CERTIFICATE OF SERVICE**

I, Kevin M. Capuzzi, Esq., hereby certifies that the *Notice of Rescheduled Omnibus Hearing* was filed and served on July 17, 2026 via CM/ECF on all parties registered to receive notice in this case.

/s/ Kevin M. Capuzzi
Kevin M. Capuzzi (DE #5462)