**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>IDEX WIND DOWN, INC. f/k/a IDEANOMICS, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 24-12728 (CTG)<br><br>Jointly Administered<br><br>**Re: D.I. 719** |

**ORDER APPROVING STIPULATION OF THE LIQUIDATING TRUST AND <u>ORACLE AMERICA, INC. ALLOWING CERTAIN ADMINISTRATIVE EXPENSES</u>**

The Court having considered the *Stipulation by and Between the Liquidating Trust and Oracle America, Inc. Allowing Certain Administrative Expenses* (the "<u>Stipulation</u>"), made by and between Ideanomics Liquidating Trust, acting by and through J.S. Held LLC, solely in its capacity as the liquidating trustee and Oracle America, Inc., and the Court having determined that good and adequate cause exists to approve the Stipulation:

IT IS HEREBY ORDERED THAT:

1. The Stipulation, a copy of which is attached hereto as **<u>Exhibit A</u>**, is approved in its entirety.

2. This order shall be effective and enforceable immediately upon its entry.

[*Remainder of page intentionally left blank.*]

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number or state identification number, are: IDEX Wind Down, Inc. f/k/a Ideanomics, Inc. (8374); WAVE Wind Down, LLC f/k/a Wireless Advanced Vehicle Electrification, LLC (6793); Solectrac, Inc. (4653); Timios Holdings Corp. (0190); Justly Holdings Inc. (3657); Justly Markets Wind Down LLC f/k/a Justly Markets LLC f/k/a Delaware Board of Trade Holdings, Inc. (5107); VIA Motors International, Inc. (7063); and VIA Motors, Inc. (0185). The headquarters for the above-captioned Debtors is located at 217 W. 18th Street, PO Box 70, New York, NY 10113.

3. The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

**Dated: November 20th, 2026**
**Wilmington, Delaware**

**CRAIG T. GOLDBLATT**
**UNITED STATES BANKRUPTCY JUDGE**